UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AKOSUA AAEBO,

        Plaintiff,

v.                                                  Case No. 20-2295-EFM

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY/KANSAS CITY, KANSAS,

        Defendant.

**ORDER**

Plaintiff Akousa Aaebo, proceeding pro se, filed this action against defendant the Unified Government of Wyandotte County/Kansas City, Kansas, alleging multiple counts of fraud (ECF No. 1). On September 17, 2020, defendant filed a motion to dismiss (ECF No. 8), arguing, among other things, that the court does not have subject-matter jurisdiction. In an order issued the following day (ECF No. 9), the undersigned U.S. Magistrate Judge, James P. O'Hara, recognized jurisdiction may be lacking and ordered plaintiff to show cause by October 2, 2020, why the court shouldn't defer issuing an initial scheduling order until after the presiding U.S. District Judge, Eric F. Melgren, has ruled the motion to dismiss. Plaintiff did not respond to the order to show cause.

IT IS THEREFORE ORDERED that the scheduling of this case will be deferred pending a ruling on the motion to dismiss. If the motion to dismiss is denied, the parties are ordered to confer as required by Fed. R. Civ. P. 26(f) and submit to the undersigned's

chambers a completed planning report form (which can be found on the court's website) within 14 days of the ruling.

Dated October 5, 2020, at Kansas City, Kansas.

<u>s/ James P. O'Hara</u>
James P. O'Hara
U.S. Magistrate Judge